## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-45943 |
| | ) | |
| CHARLES MARKOPOULOS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |
| | ) | Hearing Date:  October 25, 2017 |
| | ) | Hearing Time:  10:30 a.m. |
| | ) | Room No.:      744 |

### NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **October 25, 2017**, at **10:30 a.m.**, we shall appear before the Honorable Timothy A. Barnes, or such other judge as may be sitting in his stead, in Courtroom 744 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated:  September 20, 2017

Respectfully submitted,

By: /s/ *Frances Gecker*
Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{MARKO/001/00050983.DOC/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-45943 |
| | ) | |
| CHARLES MARKOPOULOS, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE Timothy A. Barnes

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $23,574.90 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $406,498.08. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $4,500.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $17,824.90 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $23,574.90 | |

{MARKO/001/00050983.DOC/}

## II. TRUSTEE'S EXPENSES

None

TOTAL EXPENSES                           $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: September 20, 2017

> Respectfully submitted,
>
> By: /s/ *Frances Gecker*
> Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)