UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 12bk45943 |
| CHARLES MARKOPOULOS, | ) |
| | ) Chapter 7 |
| | ) |
| Debtor. | ) Honorable Timothy A. Barnes |
| | ) |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FRANKGECKER LLP, ATTORNEYS FOR TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 53,392.50 | TOTAL COSTS REQUESTED: | $ 76.36 |
| TOTAL FEES REDUCED: | $ 305.50 | TOTAL COSTS REDUCED: | $ 7.45 |
| TOTAL FEES ALLOWED: | $ 53,087.00 | TOTAL COSTS ALLOWED: | $ 68.91 |

### TOTAL FEES AND COSTS ALLOWED: $ 53,155.91

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Improper Time Increments for Billing – TOTAL of disallowed amounts (10% of affected time entries): $ 305.50**

The court may impose a ten percent penalty for using improper time increments for billing. "Professional persons . . . cannot, in all honesty and reasonableness, charge their clients for increments in excess of one-tenth of an hour." *In re Wildman*, 72 B.R. 700, 726 (Bankr. N.D. Ill. 1987) (Schmetterer, J.). This penalty will be imposed where time increments larger than one-tenth of an hour are being used. For example, applicants who charge 1.0 hour for every court appearance, regardless of true time expended, will face a reduction for inaccurate time increments.

**(2)    Reimbursement Limited to Actual, Necessary Expenses – TOTAL of disallowed amounts: $ 7.45**

The Court denies the allowance of reimbursement for expenses that were not actually and necessarily incurred by the applicant. *See* 11 U.S.C. §§ 330(a)(1)(B) & 331. The fee application fails to demonstrate how local travel for local counsel was a necessary expense for this estate.

Dated: October 25, 2017

_____
Timothy A. Barnes
United States Bankruptcy Judge

Estate of Charles Markopolous  Page 2

Invoice Dated: August 01, 2017

---

**Regarding:** **Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017  Invoice #: 7356
Per Attached Description:

| | | Hours | Amount |
|---|---|---:|---:|
| | **Administration** | | |
| 1/14/2013 | Confer with Frances Gecker regarding Markopolous bankruptcy.<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 2/22/2013 | Telephone conference with accountant regarding tax return/liability issues (.3).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 3/4/2013 | Draft and revise motion to extend time to object to exemptions and discharge and proposed order (1.0); brief office conference with Zane Zielinski regarding same (.20).<br>Christina S. Smith | 1.20<br>$175.00 | $210.00 |
| 4/3/2013 | Review tax documents (.3); confer with A. Lasko regarding same (.3).<br>Zane L. Zielinski | 0.60<br>$365.00 | $219.00 |
| 5/2/2013 | Prepare memorandum for accounting regarding taxable income issues.<br>Zane L. Zielinski | 0.70<br>$365.00 | $255.50 |
| 7/30/2013 | Review memorandum from accountant regarding tax returns (.3); review and forward documents to accountant (.2).<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 10/11/2013 | Review tax data and request additional documentation.<br>Zane L. Zielinski | 1.00<br>$365.00 | $365.00 |
| 9/3/2014 | Review tax documents related to various K-1 partnership interests (.3); communicate with accountant regarding tax issues (.2).<br>Zane L. Zielinski | 0.50<br>$375.00 | $187.50 |
| 10/1/2014 | Review tax returns and related documents to understanding issues with respect to tax liability.<br>Zane L. Zielinski | 1.50<br>$375.00 | $562.50 |
| 3/10/2015 | Communications with A. Lasko and F. Gecker regarding tax issues.<br>Micah R. Krohn | 0.40<br>$430.00 | $172.00 |
| 8/14/2015 | Communications with A. Lasko and F. Gecker regarding meeting.<br>Micah R. Krohn | 0.20<br>$430.00 | $86.00 |
| 8/19/2015 | Communications with A. Lasko and F. Gecker regarding meeting.<br>Micah R. Krohn | 0.20<br>$430.00 | $86.00 |

Estate of Charles Markopolous                                                                         Page    3

Invoice Dated:   August 01, 2017

---

**Regarding:   Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017                    Invoice #:   7356
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---|---|
| 9/17/2015 | Communications with A. Lasko regarding meeting on open issues.<br>Micah R. Krohn | 0.20<br>$430.00 | $86.00 |
| 9/18/2015 | Review Debtor's K-1s for two S-corps for 2013 (.20); communications with A. Lasko and C. Smith regarding same (.30).<br>Micah R. Krohn | 0.50<br>$430.00 | $215.00 |
| 9/21/2015 | Communications with F. Gecker and A. Lasko regarding preparation of amended tax returns.<br>Micah R. Krohn | 0.20<br>$430.00 | $86.00 |
| 9/21/2015 | Review correspondence regarding amendment of tax returns.<br>Micah R. Krohn | 0.20<br>$430.00 | $86.00 |
| 9/21/2015 | Review A. Lasko's document requests to J. Vanden Bosch.<br>Micah R. Krohn | 0.20<br>$430.00 | $86.00 |
| 9/30/2015 | Communications with F. Gecker, A. Lasko and C. Smith regarding closing case.<br>Micah R. Krohn | 0.20<br>$430.00 | $86.00 |
| 10/21/2015 | Communications with J. Vanden Bosch and A. Lasko regarding Trustee's intention to close case.<br>Micah R. Krohn | 0.30<br>$430.00 | $129.00 |
| 1/5/2016 | Communications with J. Vanden Bosch and C. Smith regarding outstanding tax issues and case status.<br>Micah R. Krohn | 0.30<br>$430.00 | $129.00 |

Total Charges This Matter                                                              9.60  $3,484.50

Estate of Charles Markopolous    Page 4

Invoice Dated: August 01, 2017

---

**Regarding:** Estate of Charles Markopolous; Case No. 12-45943

For Professional Services Rendered Through August 11, 2017    Invoice #: 7356
Per Attached Description:

| | Hours | Amount |
|---|---:|---:|
| **Asset Analysis** | | |
| 1/18/2013 Telephone call with broker related to sale of interest (.3); prepare memorandum as to potential assets and value (1.2). Zane L. Zielinski | 1.50 $365.00 | $547.50 |
| 1/28/2013 Review documents about LLC interests (1.0). Zane L. Zielinski | 1.00 $365.00 | $365.00 |
| 1/29/2013 Research on-line records related to Charles Markopolous business, review real estate documents to prepare documents related to value. Zane L. Zielinski | 2.50 $365.00 | $912.50 |
| 2/14/2013 Review LLC agreements and leases for Triangle Properties (.6); telephone conference with potential buyer regarding sale of LLC interest (.3); review Galewood agreement and lease (.4). Zane L. Zielinski | 1.30 $365.00 | $474.50 |
| 2/15/2013 Review LLC documents and online real estate record regarding outstanding debt (.3); communicate with N. Newman regarding sale (.1); telephone conference with J. Kudan regarding sale (.4). Zane L. Zielinski | 0.80 $365.00 | $292.00 |
| 2/20/2013 Review documents regarding LLC interests (1.0); telephone conference with potential buyer regarding sale (.4). Zane L. Zielinski | 1.40 $365.00 | $511.00 |
| 2/26/2013 Confer with creditor's attorney regarding assets (.3). Zane L. Zielinski | 0.30 $365.00 | $109.50 |
| 3/1/2013 Telephone conference with First Midwest regarding selling LLC interest (.3). Zane L. Zielinski | 0.30 $365.00 | $109.50 |
| 3/11/2013 Telephone conference with Colony's attorney regarding judgments and related documents (.3). Zane L. Zielinski | 0.30 $365.00 | $109.50 |
| 3/11/2013 Telephone conference with Debtor's counsel regarding motion and turnover of documents (.3). Zane L. Zielinski | 0.30 $365.00 | $109.50 |
| 3/18/2013 Review divorce decree and separation of property (.8). Zane L. Zielinski | 0.80 $365.00 | $292.00 |

Estate of Charles Markopolous            Page    5

Invoice Dated: August 01, 2017

**Regarding:**    Estate of Charles Markopolous; Case No. 12-45943

For Professional Services Rendered Through August 11, 2017      Invoice #: 7356
Per Attached Description:

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/3/2013 | Review disposition of Debtor's marital assets (.8). <br> Zane L. Zielinski | 0.80 <br> $365.00 | $292.00 |
| 4/3/2013 | Review corporate structure and management fees related to management rights (2.0). <br> Zane L. Zielinski | 2.00 <br> $365.00 | $730.00 |
| 4/10/2013 | Research corporations owned by the Debtor (.5). <br> Zane L. Zielinski | 0.50 <br> $365.00 | $182.50 |
| 4/11/2013 | Investigate issues related to management fees paid by LLCs; review taxes (1.0); telephone conference with Debtors' counsel regarding same (.2); prepare memorandum documenting transfers of membership interests and related documents to determine validity of fraudulent transfer (1.5). <br> Zane L. Zielinski | 2.70 <br> $365.00 | $985.50 |
| 4/24/2013 | Review additional assets/LLCs owned by Debtor (2.0). <br> Zane L. Zielinski | 2.00 <br> $365.00 | $730.00 |
| 4/25/2013 | Review corporate structure of management company (.3); review sale orders (.1). <br> Zane L. Zielinski | 0.40 <br> $365.00 | $146.00 |
| 5/13/2013 | Review 2004 examination request (.3); telephone conference with creditor regarding same (.1). <br> Zane L. Zielinski | 0.40 <br> $365.00 | $146.00 |
| 5/22/2013 | Review online interest in various legal entities owned by Debtor (1.0). <br> Zane L. Zielinski | 1.00 <br> $365.00 | $365.00 |
| 6/25/2013 | Research sham divorce (1.0). <br> Zane L. Zielinski | 1.00 <br> $365.00 | $365.00 |
| 4/3/2014 | Review various business entities and assets to determine value in liquidating. <br> Zane L. Zielinski | 2.00 <br> $375.00 | $750.00 |
| 9/8/2014 | Review tax documents, corporate documents, and prepare memorandum regarding open tax issues and asset issues (4.0); telephone call with Debtor's accountant regarding turnover of documents related to investigation (.3); communicate with Alan Lasko related to same (.2). <br> Zane L. Zielinski | 4.50 <br> $375.00 | $1,687.50 |

Estate of Charles Markopolous                                                                    Page    6

Invoice Dated:  August 01, 2017

**Regarding:** Estate of Charles Markopolous; Case No. 12-45943

For Professional Services Rendered Through August 11, 2017            Invoice #:  7356
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| 9/9/2014 | Review additional information produced by Debtor's account related to valuation of business assets.<br>Zane L. Zielinski | 0.80<br>$375.00 | $300.00 |
| 10/14/2014 | Review tax documents (.5); draft turnover motion for certain tax documents from the Debtor (1.5).<br>Zane L. Zielinski | 2.00<br>$375.00 | $750.00 |
| 11/4/2014 | Review tax documents related to certain business entities owned and maintained by the Debtor to determine if the businesses should be abandoned prior to final report due to tax liability.<br>Zane L. Zielinski | 2.00<br>$375.00 | $750.00 |
| 9/15/2015 | Communications with A. Lasko (.1); review correspondence with CBIZ, regarding open items (.3).<br>Micah R. Krohn | 0.40<br>$430.00 | $172.00 |
| 9/18/2015 | Memorandum to F. Gecker regarding open questions relating to two S-corps.<br>Micah R. Krohn | 0.50<br>$430.00 | $215.00 |
| 9/18/2015 | Communications with A. Lasko and K. Seyller regarding amending 2013 tax returns for two partnerships and open questions relating to two S-corps (.50); review correspondence from J. Vanden Bosch regarding same (.30).<br>Micah R. Krohn | 0.80<br>$430.00 | $344.00 |
| 9/24/2015 | Review 2012 and 2013 returns for Debtor's S-corps' Axiom and Akton.<br>Micah R. Krohn | 0.80<br>$430.00 | $344.00 |
| 9/25/2015 | Communications with A. Lasko regarding Akton vehicles and balance sheets.<br>Micah R. Krohn | 0.20<br>$430.00 | $86.00 |
| 9/28/2015 | Communications with F. Gecker and J. Vanden Bosch regarding value and disposition of cars owned by Akton.<br>Micah R. Krohn | 0.40<br>$430.00 | $172.00 |
| 9/30/2015 | Communications with J. Vanden Bosch and F. Gecker regarding Akton vehicles.<br>Micah R. Krohn | 0.30<br>$430.00 | $129.00 |

Estate of Charles Markopolous                                                                      Page    7

Invoice Dated:   August 01, 2017

---

**Regarding:**    **Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017                          Invoice #:   7356
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---|---|
| 10/23/2015 | Communications with A. Lasko and J. Vanden Bosch regarding tax returns for certain of Debtor's S corporations.<br>Micah R. Krohn | 0.20<br>$430.00 | $86.00 |
|  | Total Charges This Matter |  | 36.20 $13,560.00 |

Estate of Charles Markopolous                                                                                   Page    8

Invoice Dated:   August 01, 2017

---

**Regarding:**   **Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017                                  Invoice #:   7356
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| | <u>Claims Review/Claims Objections</u> | | |
| 4/24/2013 | Review status of claims (.4).<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 4/11/2016 | Reviewed claims register and claims for evidence of court ordered deficiency guaranties against debtor.<br>Michael H. Matlock | 1.00<br>$200.00 | $200.00 |
| 5/19/2016 | Commence review of claims docket and claims.<br>Micah R. Krohn | 0.70<br>$430.00 | $301.00 |
| 5/25/2016 | Review claims and supporting documents.<br>Micah R. Krohn | 1.40<br>$430.00 | $602.00 |
| 7/27/2016 | Review CRE claim and supporting documents (2.3); communications with A. Brandt regarding same (.2).<br>Micah R. Krohn | 2.50<br>$430.00 | $1,075.00 |
| 7/27/2016 | Review Northbrook Bank claim.<br>Micah R. Krohn | 0.60<br>$430.00 | $258.00 |
| 7/27/2016 | Review First Midwest claim and supporting documents (1.7); communications with E. Byrd regarding same (.2).<br>Micah R. Krohn | 1.90<br>$430.00 | $817.00 |
| 8/2/2016 | Communications with E. Bryd regarding settlement discussions.<br>Micah R. Krohn | 0.30<br>$430.00 | $129.00 |
| 8/3/2016 | Communications with A. Brandt regarding document request regarding CRE claim.<br>Micah R. Krohn | 0.20<br>$430.00 | $86.00 |
| 8/8/2016 | Review CRE proof of claim (1.7); communications with A. Brandt regarding itemization of amounts set forth in CRE proof of claim (.8).<br>Micah R. Krohn | 2.50<br>$430.00 | $1,075.00 |
| 8/8/2016 | Communications with E. Byrd regarding First Midwest document production.<br>Micah R. Krohn | 0.20<br>$430.00 | $86.00 |
| 8/24/2016 | Draft memorandum to F. Gecker regarding analysis of claims (1.0); communications with F. Gecker regarding same (.2).<br>Micah R. Krohn | 1.20<br>$430.00 | $516.00 |

Estate of Charles Markopolous

Invoice Dated: August 01, 2017

Page 9

---

**Regarding:** Estate of Charles Markopolous; Case No. 12-45943

For Professional Services Rendered Through August 11, 2017
Per Attached Description:

Invoice #: 7356

| Date | Description | Hours / Rate | Amount |
|---|---|---:|---:|
| 8/24/2016 | Review First Midwest response to inquiries and calculate claim based on new information (1.2); communications with E. Byrd regarding same (.4).<br>Micah R. Krohn | 0.60<br>$430.00 | $258.00 |
| 8/24/2016 | Communications with A. Brandt regarding interest component of CRE claims (.2); calculate post-judgment interest rate for Galewood loan based on new information provided by CRE (.5).<br>Micah R. Krohn | 0.70<br>$430.00 | $301.00 |
| 8/30/2016 | Communications with F. Gecker and E. Byrd regarding settlement discussions with First Midwest.<br>Micah R. Krohn | 0.30<br>$430.00 | $129.00 |
| 8/30/2016 | Review CRE's claims in light of information provided by A. Brandt (.6); draft analysis and settlement proposal to CRE (.8); communications with F. Gecker and A. Brandt regarding same (.5).<br>Micah R. Krohn | 1.90<br>$430.00 | $817.00 |
| 8/31/2016 | Communications with A. Brandt regarding reconciling CRE claim.<br>Micah R. Krohn | 0.10<br>$430.00 | $43.00 |
| 8/31/2016 | Review Amended Claim filed by First Midwest (.2); communications with E. Byrd regarding same (.1).<br>Micah R. Krohn | 0.30<br>$430.00 | $129.00 |
| 9/8/2016 | Communications with A. Brandt and F. Gecker regarding settlement of CRE claim.<br>Micah R. Krohn | 0.30<br>$430.00 | $129.00 |
| 9/20/2016 | Communications with Vandon Bosch regarding case status.<br>Micah R. Krohn | 0.20<br>$430.00 | $86.00 |
| 9/20/2016 | Communications with A. Toosley regarding CRE claim and status of distributions to creditors.<br>Micah R. Krohn | 0.30<br>$430.00 | $129.00 |
| 9/22/2016 | Communications with A. Toosley and S. Derousse regarding CRE claim amendment.<br>Micah R. Krohn | 0.40<br>$430.00 | $172.00 |

Total Charges This Matter        18.00    $7,484.00

Estate of Charles Markopolous

Invoice Dated: August 01, 2017

Page 10

**Regarding:** Estate of Charles Markopolous; Case No. 12-45943

For Professional Services Rendered Through August 11, 2017
Per Attached Description:

Invoice #: 7356

*[Handwritten note: 1) Improper Time Increments]*

| | Hours | Amount |
|---|---|---|
| **Court Appearances** | | |
| 2/26/2013 Prepare for and appear in court on motion to retain Frank/Gecker as trustee's counsel. <br> Zane L. Zielinski | 1.00 <br> $365.00 | $365.00 |
| 3/12/2013 Court appearance on Motion to Extend time to Object to Discharge. <br> Reed Heiligman | 1.00 <br> $290.00 | $290.00 |
| 4/3/2013 Prepare for and appear in court on motion to sell Debtor's membership interests [continued]. <br> Zane L. Zielinski | 1.00 <br> $365.00 | $365.00 |
| 4/23/2013 Prepare for and attend continued hearing on motion to sell Debtor's interest in limited liability companies. <br> Micah R. Krohn | 1.00 <br> $400.00 | $400.00 |
| 5/14/2013 Court appearance on Trustee's motion to employ Accountant. <br> Reed Heiligman | 1.00 <br> $290.00 | $290.00 |
| 10/21/2014 Prepare for and appear in court on A. Lasko application for compensation. <br> Zane L. Zielinski | 1.00 <br> $375.00 | $375.00 |
| 4/20/2016 Attend hearing on A. Lasko's second and final fee application. <br> Micah R. Krohn | 1.00 <br> $430.00 | $430.00 |
| 7/31/2017 [Projected] Review trustee's final report and accompanying applications for compensation and prepare for hearing (.20); attend hearing on trustee's final report and final applications for compensation (1.0). <br> Micah R. Krohn | 1.20 <br> $450.00 | $540.00 |

Total Charges This Matter     8.20   $3,055.00

Estate of Charles Markopolous                                                                                      Page   11
Invoice Dated:  August 01, 2017

---

**Regarding:   Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017                               Invoice #:  7356
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
|  | Retention of Professionals/Fee Applications |  |  |
| 2/18/2013 | Draft motion to employ Frank/Gecker as trustee's counsel (1.0); draft notice and service list regarding same (.90)<br>Christina S. Smith | 1.90<br>$175.00 | $332.50 |
| 2/18/2013 | Review and revise motion to employ Frank/Gecker (.4).<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 2/19/2013 | Review motion to employ Frank/Gecker and e-file and serve same.<br>Christina S. Smith | 0.50<br>$175.00 | $87.50 |
| 4/26/2013 | Draft motion to employ accountant, notice of application and proposed order (1.60); communications with A. Lasko regarding Affidavit (.20).<br>Christina S. Smith | 1.80<br>$175.00 | $315.00 |
| 5/2/2013 | Draft and revise motion to employ accountant, notice, order and service list (1.3); e-file and serve motion to employ accountant (.20).<br>Christina S. Smith | 1.50<br>$175.00 | $262.50 |
| 9/17/2014 | Prepare Notice of Hearing; Order and Cover Sheet for accountant's fee application.<br>Christina S. Smith | 1.00<br>$175.00 | $175.00 |
| 10/1/2014 | Prepare cover sheet, notice, proposed order and service list for Alan Lasko (Accountant) fee application.<br>Christina S. Smith | 1.50<br>$175.00 | $262.50 |
| 12/2/2015 | Review Second and Final Fee Application of Trustee's Accountant, A. Lasko (.30); communications with A. Lasko and F. Gecker regarding same (.20).<br>Micah R. Krohn | 0.50<br>$430.00 | $215.00 |
| 3/22/2016 | Review creditor mailing matrix, ECF service list and claims register for service list for notice of A. Lasko second and final fee application (0.4); prepare updated service lists (0.7); draft cover sheet, notice of motion and certificate of service for same (0.4).<br>Michael H. Matlock | 1.50<br>$200.00 | $300.00 |
| 3/28/2016 | Prepare A. Lasko second fee application for e-filing.<br>Michael H. Matlock | 0.60<br>$200.00 | $120.00 |

Estate of Charles Markopolous                                                                Page  12

Invoice Dated:   August 01, 2017

---

**Regarding:**   **Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017                    Invoice #:  7356
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| 3/29/2016 | Review and revise A. Lasko cover sheet and notice of motion (0.4); e-filed application (0.2); served application to parties entitled to service (0.4).<br>Michael H. Matlock | 1.00<br>$200.00 | $200.00 |
| 3/29/2016 | Review A. Lasko fee application.<br>Micah R. Krohn | 0.50<br>$430.00 | $215.00 |
| 7/31/2017 | Review and revise first and final fee application of FrankGecker.<br>Micah R. Krohn | 1.00<br>$450.00 | $450.00 |
| 7/31/2017 | Draft cover sheet and proposed order for A. Lasko supplemental fee application.<br>Michael H. Matlock | 0.50<br>$200.00 | $100.00 |
| 7/31/2017 | Review case facts and docket (.9); draft final fee application for FrankGecker LLP (.8).<br>Michael H. Matlock | 1.70<br>$200.00 | $340.00 |
| 8/1/2017 | Review and revise first and final fee application of FrankGecker, trustee's counsel.<br>Christina S. Smith | 2.10<br>$175.00 | $367.50 |
| 8/2/2017 | Review and revise first and final fee application of FrankGecker as counsel to trustee.<br>Micah R. Krohn | 1.00<br>$450.00 | $450.00 |

Total Charges This Matter                                                     19.00    $4,338.50

Estate of Charles Markopolous                                                                 Page   13

Invoice Dated:   August 01, 2017

---

**Regarding:**   **Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017                    Invoice #:   7356
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| | **Sale of Assets** | | |
| 1/30/2013 | Telephone conference with buyer (.4).<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 2/4/2013 | Review real estate documents, LLC agreements, management agreement, research on-line real estate records (1.5); telephone call with potential buyer regarding offer to purchase (.2).<br>Zane L. Zielinski | 1.70<br>$365.00 | $620.50 |
| 2/8/2013 | Review additional documents(.2); research 20% owner (.2); telephone call to 20% owner (.1).<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 2/11/2013 | Confer with Frances Gecker regarding sale (.3); provide information to potential buyer (.3).<br>Zane L. Zielinski | 0.60<br>$365.00 | $219.00 |
| 2/12/2013 | Telephone conference with potential buyer regarding LLC (.2); review documents and forward (.2).<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 2/18/2013 | Communicate with broker regarding sale (.1).<br>Zane L. Zielinski | 0.10<br>$365.00 | $36.50 |
| 2/19/2013 | Communicate with counsel regarding documents (.2).<br>Zane L. Zielinski | 0.20<br>$365.00 | $73.00 |
| 2/21/2013 | Review letter of intent sent from the Kudan Group (.3); conference with Frances Gecker regarding current offer to purchase, and procedures to sell LLC interests (.4); telephone call with counsel for First Midwest Bank regarding potential sale (.3); review real estate documents related to Pulaski LLC (.7); research case law on transfer of management rights (1.1)<br>Zane L. Zielinski | 2.80<br>$365.00 | $1,022.00 |
| 2/22/2013 | Review offer to purchase LLC interest (.4); telephone conference with Badger's attorney regarding offer (.2); telephone conference with second buyer regarding offers (.2); telephone conference with broker regarding additional offers (.2).<br>Zane L. Zielinski | 1.00<br>$365.00 | $365.00 |
| 2/25/2013 | Prepare additional documents for buyer.<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |

Estate of Charles Markopolous                                                                                           Page 14
Invoice Dated: August 01, 2017

---

**Regarding:** **Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017                         Invoice #: 7356
Per Attached Description:

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 2/26/2013 | Review revised due diligence list and offer (.4).<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 2/26/2013 | Telephone conference with J. Schwartz regarding offer (.2).<br>Zane L. Zielinski | 0.20<br>$365.00 | $73.00 |
| 2/27/2013 | Research LLC management issues (1.2); telephone conference with J. Kudan regarding offer (.3); telephone conference with J. Schwartz regarding offer (.2).<br>Zane L. Zielinski | 1.70<br>$365.00 | $620.50 |
| 2/28/2013 | Telephone conference with Debtor's counsel regarding conflict (.2).<br>Zane L. Zielinski | 0.20<br>$365.00 | $73.00 |
| 3/1/2013 | Telephone conference with J. Schwartz regarding offer, back-up offer (.3).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 3/1/2013 | Prepare motion to approve sale (1.7).<br>Zane L. Zielinski | 1.70<br>$365.00 | $620.50 |
| 3/4/2013 | Telephone conference with potential buyer regarding scope of offer and related issue (.3).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 3/4/2013 | Revise motion to sell (.8); telephone conference with First Midwest counsel (.2).<br>Zane L. Zielinski | 1.00<br>$365.00 | $365.00 |
| 3/4/2013 | Review draft motion to approve sale (0.7); brief office conference with Zane Zielinski regarding same (0.1).<br>Christina S. Smith | 0.80<br>$175.00 | $140.00 |
| 3/5/2013 | Review and revise motion (.3); draft order to accompany motion (.3).<br>Zane L. Zielinski | 0.60<br>$365.00 | $219.00 |
| 3/6/2013 | Revise motion and order for filing (.8); telephone conference with Bank's representative regarding offer (.3); telephone conference with Stephen regarding offer (.4); confer with Frances Gecker regarding offer status (.2).<br>Zane L. Zielinski | 1.70<br>$365.00 | $620.50 |
| 3/7/2013 | Telephone conference with potential buyer regarding offer to purchase (.3).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |

Estate of Charles Markopolous  
Invoice Dated: August 01, 2017

Page 15

---

**Regarding:** **Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017  
Per Attached Description:

Invoice #: 7356

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 3/8/2013 | Review files, documents and prepare due diligence package for buyers (2.0); telephone conference with potential buyer regarding documents and sale process (.3); telephone conference with S. Kusper regarding potential buyer (.2).<br>Zane L. Zielinski | 2.50<br>$365.00 | $912.50 |
| 3/11/2013 | Telephone conference with J. Kudan regarding purchase of LLCs (.3).<br>Zane L. Zielinski | 0.30<br>$365.00 | $109.50 |
| 3/12/2013 | Telephone conference with Bank's representative regarding offers (.1).<br>Zane L. Zielinski | 0.10<br>$365.00 | $36.50 |
| 3/19/2013 | Telephone conference with T. Fawkes regarding documents to produce (.3); telephone conference with potential buyer (Chris) regarding bid procedures (.2); telephone conference with B. Kornit regarding sale (.2); telephone conference with J. Schwartz regarding sale (.2); prepare request to creditor regarding lien or LLC interest (.2); review online records regarding divorce decree settlement of property (.9).<br>Zane L. Zielinski | 2.00<br>$365.00 | $730.00 |
| 3/20/2013 | Telephone conference with Northbrook's counsel regarding status (.1); telephone conference with J. Kudan regarding sale of LLC's (.1).<br>Zane L. Zielinski | 0.20<br>$365.00 | $73.00 |
| 3/21/2013 | Review judgment and related documents (1.0); telephone conference with J. Kudan regarding purchase offer (.3); telephone conference with S. Kusper regarding offer to purchase (.3); telephone conference with A. Brandt regarding judgment (.2).<br>Zane L. Zielinski | 1.80<br>$365.00 | $657.00 |
| 3/22/2013 | Telephone conference with manager regarding documents (.2); review sale proposal (1.0); telephone conference with individual regarding same (.4).<br>Zane L. Zielinski | 1.60<br>$365.00 | $584.00 |
| 4/2/2013 | Telephone conferences (4) with buyers regarding sale process (1.2).<br>Zane L. Zielinski | 1.20<br>$365.00 | $438.00 |
| 4/3/2013 | Telephone conference with T. Fawkes, Debtor's counsel, regarding offer to purchase (.1).<br>Zane L. Zielinski | 0.10<br>$365.00 | $36.50 |
| 4/3/2013 | Telephone conference with B. Kornit regarding offer to purchase (.1).<br>Zane L. Zielinski | 0.10<br>$365.00 | $36.50 |

Estate of Charles Markopolous                                                                    Page   16
Invoice Dated:   August 01, 2017

---

**Regarding:**   Estate of Charles Markopolous; Case No. 12-45943

For Professional Services Rendered Through August 11, 2017                    Invoice #:   7356
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---:|---:|
| 4/3/2013 | Telephone conferences (4) with J. Kudan regarding offer to purchase (.6).<br>Zane L. Zielinski | 0.60<br>$365.00 | $219.00 |
| 4/3/2013 | Conference with potential buyers regarding sale of LLCs (1.0).<br>Zane L. Zielinski | 1.00<br>$365.00 | $365.00 |
| 4/3/2013 | Telephone conference with J. Schwartz regarding offer to purchase (.2).<br>Zane L. Zielinski | 0.20<br>$365.00 | $73.00 |
| 4/4/2013 | Telephone conference with buyer regarding stalking horse and bid protection (.3); prepare memorandum to Frances Gecker regarding same (.2).<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 4/8/2013 | Telephone conference with R. Nachman regarding scope of counterproposal (.4).<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 4/12/2013 | Telephone conference with potential bidder regarding offer to buy (.5); review proposed bidding procedures and related documents (1.5).<br>Zane L. Zielinski | 2.00<br>$365.00 | $730.00 |
| 4/15/2013 | Review management and lease agreements (1.5); communicate with buyers regarding sale terms (.6).<br>Zane L. Zielinski | 2.10<br>$365.00 | $766.50 |
| 4/16/2013 | Review leases and prepare due diligence package (2.0); telephone conference with potential buyer's attorney (.4); review proposed sale agreement (.5).<br>Zane L. Zielinski | 2.90<br>$365.00 | $1,058.50 |
| 4/17/2013 | Review underlying documents in connection with prospective sale.<br>Micah R. Krohn | 0.60<br>$425.00 | $255.00 |
| 4/17/2013 | Draft motion and order approving bidding procedures and sale of LLC membership interest.<br>Micah R. Krohn | 2.60<br>$425.00 | $1,105.00 |
| 4/17/2013 | Telephone conference with bidder regarding auction procedures (.3); confer with Frances Gecker regarding same (.2).<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |

Estate of Charles Markopolous

Page 17

Invoice Dated: August 01, 2017

---

**Regarding:** **Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017  
Per Attached Description:

Invoice #: 7356

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4/18/2013 | Revisions to motion to approve bidding procedures and sale of LLC membership interest.<br>Micah R. Krohn | 0.70<br>$425.00 | $297.50 |
| 4/18/2013 | Review and revise sale agreement.<br>Micah R. Krohn | 2.50<br>$425.00 | $1,062.50 |
| 4/18/2013 | Review agreement, and revise motion for sale of Debtor's interest (1.6); review revisions from buyer's attorney (.3); telephone conference with buyer's attorney regarding terms (.3); confer with Frances Gecker regarding status of bidding (.2).<br>Zane L. Zielinski | 2.40<br>$365.00 | $876.00 |
| 4/22/2013 | Review revised proposal to purchase from Wuzer (.3); review revised proposal to purchase from C&M (.3); confer with Frances Gecker regarding pending offers to purchase (.4); prepare factual memorandum on certain details for review by Frances Gecker (1.0); review lease amendments and title policy for real estate (.5).<br>Zane L. Zielinski | 2.50<br>$365.00 | $912.50 |
| 4/23/2013 | Review written offers for purchase (.5); telephone conference with R. Nuccaman regarding revised offer (.2); confer with Frances Gecker regarding terms of offers (.4); confer with potential buyers (.6); prepare for and appear in court for approval of sale (1.0); review final sale order and closing details (.3).<br>Zane L. Zielinski | 3.00<br>$365.00 | $1,095.00 |
| 4/24/2013 | Review draft order for sale and related documents (1.0).<br>Zane L. Zielinski | 1.00<br>$365.00 | $365.00 |
| 4/29/2013 | Telephone conference with buyer regarding closing status (.2); telephone conference with to Judge regarding sale order (.1); communicate with Debtor's attorney regarding status (.1).<br>Zane L. Zielinski | 0.40<br>$365.00 | $146.00 |
| 4/30/2013 | Telephone conference with Chambers regarding entry of order (.3); review entered order (.1); communicate with buyer's attorney regarding closing (.1).<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 5/1/2013 | Review and execute amended sale documents (1.0).<br>Zane L. Zielinski | 1.00<br>$365.00 | $365.00 |

Estate of Charles Markopolous            Page 18

Invoice Dated: August 01, 2017

---

**Regarding:** **Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017      Invoice #: 7356
Per Attached Description:

| Date | Description | Hours | Amount |
|---|---|---|---|
| 5/2/2013 | Communicate with buyer's counsel regarding final closing details and review final signed documents.<br>Zane L. Zielinski | 0.60<br>$365.00 | $219.00 |
| 5/3/2013 | Review final payment, and associated documents (.3); prepare memorandum regarding accounting for funds (.1); conference with Frances Gecker regarding closing sale of assets (.1); prepare letter in response to payment received and closing sale (.2).<br>Zane L. Zielinski | 0.70<br>$365.00 | $255.50 |
| 5/22/2013 | Review and prepare sale documents for accountant to prepare taxes (.5).<br>Zane L. Zielinski | 0.50<br>$365.00 | $182.50 |
| 9/24/2014 | Draft and finalize Report of Sale for interests in LLCs.<br>Michael H. Matlock | 0.50<br>$200.00 | $100.00 |
| 5/19/2016 | Review pleadings and sale documents in connection with Trustee's sale of Debtor's membership interest in shopping plazas regarding claims filed by judgment creditors.<br>Micah R. Krohn | 1.20<br>$430.00 | $516.00 |

Total Charges This Matter          58.20 $21,470.50

Estate of Charles Markopolous                                                            Page   19

Invoice Dated:   August 01, 2017

---

**Regarding:**   **Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017                Invoice #:   7356
Per Attached Description:

|  | Hours | Amount |
|---|---|---|
|  | 149.20 | $53,392.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Micah R. Krohn | 3.20 | 450.00 | $1,440.00 |
| Micah R. Krohn | 26.30 | 430.00 | $11,309.00 |
| Micah R. Krohn | 6.40 | 425.00 | $2,720.00 |
| Micah R. Krohn | 1.00 | 400.00 | $400.00 |
| Reed Heiligman | 2.00 | 290.00 | $580.00 |
| Zane L. Zielinski | 14.30 | 375.00 | $5,362.50 |
| Zane L. Zielinski | 76.90 | 365.00 | $28,068.50 |
| Christina S. Smith | 12.30 | 175.00 | $2,152.50 |
| Michael H. Matlock | 6.80 | 200.00 | $1,360.00 |

Disbursements:

Expenses

| Date | Description | Amount |
|---|---|---|
| 2/19/2013 | Postage. | 0.92 |
| 3/6/2013 | Postage. | 10.08 |
| 3/12/2013 | Cab fare from Bankruptcy Court following hearing on Trustee's Motion to Extend Time to Object. | 7.45 |
| 3/22/2013 | Postage. | 4.14 |
| 5/13/2013 | Postage. | 0.46 |
| 10/1/2014 | Postage. | 4.20 |
| 10/14/2014 | Postage. | 4.83 |
| 10/30/2014 | Postage. | 0.48 |
| 10/13/2015 | Postage. | 6.68 |
| 10/15/2015 | Postage. | 1.64 |
| 3/11/2016 | Postage. | 8.55 |
| 3/28/2016 | Postage. | 20.46 |
| 3/22/2017 | Postage. | 6.47 |

Total Charges This Matter                                                                 76.36

*(handwritten: "unless expense")*

Estate of Charles Markopolous

Invoice Dated: August 01, 2017

Page 20

---

**Regarding: Estate of Charles Markopolous; Case No. 12-45943**

For Professional Services Rendered Through August 11, 2017  
Per Attached Description:

Invoice #: 7356

| | Amount |
|---|---|
| Total Expenses | $76.36 |

**Total Due: This Matter**     **$53,468.86**