# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHARLES MARKOPOULOS | § | Case No. 12-45943 |
| | § | |
| Debtor | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/20/2012 . The undersigned trustee was appointed on 11/20/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of　　　$　406,498.08

　　Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 182,561.04 |
| Bank service fees | 20,869.03 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1] $ | 203,068.01 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/29/2013 and the deadline for filing governmental claims was 07/29/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 23,574.90 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 23,574.90 , for a total compensation of $ 23,574.90 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/25/2017          By:/s/Frances Gecker
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 12-45943 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CHARLES MARKOPOULOS | | | | Date Filed (f) or Converted (c): | 11/20/2012 (f) |
| | | | | | 341(a) Meeting Date: | 01/14/2013 |
| For Period Ending: | 10/25/2017 | | | | Claims Bar Date: | 07/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. $2,000 AT ASSOCIATED BANK | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. VARIOUS HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. 12 GAUGE SHOTGUN | 100.00 | 0.00 | | 0.00 | FA |
| 5. AKTON REALTY CORPORATION | 0.00 | 0.00 | | 0.00 | FA |
| 6. AXIOM DEVELOPMENT CORPORATION | 0.00 | 0.00 | | 0.00 | FA |
| 7. GALEWOOD PLAZA LLC | 0.00 | 200,000.00 | | 200,000.00 | FA |
| 8. TRIANGLE PLAZA OF CHICAGO II LLC | 0.00 | 200,000.00 | | 200,000.00 | FA |
| 9. Tax refund from State of Illinois (u) | 0.00 | 0.00 | | 221.67 | FA |
| 10. Illinois Dept. of Rev. - Return of Principal/Interest for 20 (u) | 0.00 | 28.80 | | 28.80 | FA |
| 11. United States Treasury (u) | 0.00 | 0.00 | | 6,247.61 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $4,100.00 $400,028.80 $406,498.08 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

9/20/17 - A FINAL REPORT HAS BEEN FILED WITH THE COURT.

8/3/17 - A FINAL REPORT HAS BEEN SUBMITTED TO THE UST FOR REVIEW.

7/18/17 - The Trustee's accountant has been communicating with the IRS on a continual basis since November 2014, in order to resolve issues involving two returned erroneous refund checks from the IRS, several penalty notices of amounts due and the estate's amended return.

Initial Projected Date of Final Report (TFR): 05/15/2016         Current Projected Date of Final Report (TFR): 12/01/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 12-45943 | Trustee Name: | Frances Gecker |
| Case Name: | CHARLES MARKOPOULOS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1913 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9861 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/25/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7402 | Transfer of Funds | 9999-000 | $274,708.66 | | $274,708.66 |
| 07/08/15 | | Transfer to Acct # xxxxxx7402 | Transfer of Funds | 9999-000 | | $395.21 | $274,313.45 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $315.65 | $273,997.80 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $407.33 | $273,590.47 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $393.66 | $273,196.81 |
| 10/12/15 | 5001 | UNITED STATES TREASURY Internal Revenue Service Cincinnati, OH 45999-0148 | FORM 1041x (2013) | 2810-000 | | $50,746.00 | $222,450.81 |
| 10/12/15 | 5002 | ILLINOIS DEPARTMENT OF REVENUE PO Box 19016 Springfield, IL 62794-9016 | 2013 Amended Tax Return | 2820-000 | | $6,094.00 | $216,356.81 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $371.32 | $215,985.49 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $310.75 | $215,674.74 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $320.65 | $215,354.09 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $320.19 | $215,033.90 |
| 02/15/16 | 5003 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND | 2300-000 | | $141.54 | $214,892.36 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $298.97 | $214,593.39 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*      Page Subtotals:      $274,708.66      $60,115.27

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-45943 | Trustee Name: Frances Gecker |
| Case Name: CHARLES MARKOPOULOS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1913 |
| | Checking |
| Taxpayer ID No: XX-XXX9861 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $319.04 | $214,274.35 |
| 04/22/16 | 5004 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Order dated 4/20/16<br>Second and Final Fee App | | | $13,108.49 | $201,165.86 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | | ($13,028.02) | 3410-000 | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | | ($80.47) | 3420-000 | | |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $308.29 | $200,857.57 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $299.24 | $200,558.33 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $288.56 | $200,269.77 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $297.76 | $199,972.01 |
| 09/01/16 | 10 | ILLINOIS DEP. OF REV. | TAX REFUND FOR PRINCIPAL/INT. 2013 | 1224-000 | $28.80 | | $200,000.81 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $297.28 | $199,703.53 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $287.34 | $199,416.19 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $296.48 | $199,119.71 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $286.49 | $198,833.22 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*            Page Subtotals:            $28.80        $15,788.97

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

|  |  |
|---|---|
| Case No: 12-45943 | Trustee Name: Frances Gecker |
| Case Name: CHARLES MARKOPOULOS | Bank Name: Associated Bank |
|  | Account Number/CD#: XXXXXX1913 |
|  | Checking |
| Taxpayer ID No: XX-XXX9861 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $295.61 | $198,537.61 |
| 02/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $295.20 | $198,242.41 |
| 03/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $266.22 | $197,976.19 |
| 04/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $294.33 | $197,681.86 |
| 05/05/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $284.42 | $197,397.44 |
| 06/07/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $293.45 | $197,103.99 |
| 07/10/17 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $283.59 | $196,820.40 |
| 07/25/17 | 11 | UNITED STATES TREASURY KANSAS CITY, MO | TAX REFUND | 1224-000 | $6,247.61 |  | $203,068.01 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $280,985.07 | $77,917.06 |
| Less: Bank Transfers/CD's | $274,708.66 | $395.21 |
| Subtotal | $6,276.41 | $77,521.85 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,276.41 | $77,521.85 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Page Subtotals: $6,247.61    $2,012.82

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-45943 | Trustee Name: Frances Gecker |
| Case Name: CHARLES MARKOPOULOS | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7402 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9861 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/13 | | BELVEDERE FINANCIAL LLC CASHIER'S CHECK | Sale of Asset Nos. 7 and 8 | | $10,000.00 | | $10,000.00 |
| | | | Gross Receipts $10,000.00 | | | | |
| | 8 | | TRIANGLE PLAZA OF CHICAGO II LLC $5,000.00 | 1129-000 | | | |
| | 7 | | GALEWOOD PLAZA LLC $5,000.00 | 1129-000 | | | |
| 05/03/13 | | BELVEDERE FINANCIAL LLC CASHIER'S CHECK | Sale of Asset Nos. 7 and 8 | | $390,000.00 | | $400,000.00 |
| | | | Gross Receipts $390,000.00 | | | | |
| | 8 | | TRIANGLE PLAZA OF CHICAGO II LLC $195,000.00 | 1129-000 | | | |
| | 7 | | GALEWOOD PLAZA LLC $195,000.00 | 1129-000 | | | |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $399,990.00 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $482.32 | $399,507.68 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $574.77 | $398,932.91 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $593.13 | $398,339.78 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $592.22 | $397,747.56 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $572.33 | $397,175.23 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $590.49 | $396,584.74 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $570.60 | $396,014.14 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $588.73 | $395,425.41 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*     Page Subtotals:     $400,000.00     $4,574.59

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 12-45943 | Trustee Name: Frances Gecker |
| Case Name: CHARLES MARKOPOULOS | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7402 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9861 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/14 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $569.81 | $394,855.60 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $587.92 | $394,267.68 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $529.71 | $393,737.97 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $585.37 | $393,152.60 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $565.66 | $392,586.94 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $583.67 | $392,003.27 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $563.98 | $391,439.29 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $581.99 | $390,857.30 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $581.10 | $390,276.20 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $561.55 | $389,714.65 |
| 10/14/14 | 10001 | UNITED STATES TREASURY Internal Revenue ServiceCincinnati, OH 45999-0148 | 1041 - 2013 FEIN: 38-7069861 | 2810-000 | | $86,869.00 | $302,845.65 |
| 10/14/14 | 10002 | ILLINOIS DEPT. OF REVENUE P.O. Box 19053Springfield, IL 62794-9053 | 2013 FORM IL-1041 FEIN: 38-7069861 | 2820-000 | | $22,082.00 | $280,763.65 |
| 10/30/14 | 10003 | ALAN D. LASKO & ASSOCIATES P. C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | Order dated 10/21/14 - Trustee's Accountant's Fees | | | $2,792.43 | $277,971.22 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Trustee's Accountant Fees        ($2,792.00) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | ($0.43) | 3420-000 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 9)* | | | Page Subtotals: | | $0.00 | $117,454.19 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-45943 | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- |
| Case Name: | CHARLES MARKOPOULOS | Bank Name: | The Bank of New York Mellon |
| | | Account Number/CD#: | XXXXXX7402 |
| | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX9861 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/25/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $516.71 | $277,454.51 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $399.90 | $277,054.61 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $411.86 | $276,642.75 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $411.31 | $276,231.44 |
| 02/10/15 | 10004 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $157.77 | $276,073.67 |
| 02/12/15 | 9 | Treasurer of the State of Illinois IL. Dept. of Rev. | Tax Refund | 1224-000 | $221.67 | | $276,295.34 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $371.05 | $275,924.29 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $410.20 | $275,514.09 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $396.41 | $275,117.68 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $409.02 | $274,708.66 |
| 07/08/15 | | Transfer from Acct # xxxxxx1913 | Transfer of Funds | 9999-000 | $395.21 | | $275,103.87 |
| 07/08/15 | | Transfer to Acct # xxxxxx1913 | Transfer of Funds | 9999-000 | | $274,708.66 | $395.21 |
| 07/08/15 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank Service Charge | 2600-000 | | $395.21 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 10)*      Page Subtotals:      $616.88      $278,588.10

| | | |
|---|---:|---:|
| COLUMN TOTALS | $400,616.88 | $400,616.88 |
| Less: Bank Transfers/CD's | $395.21 | $274,708.66 |
| Subtotal | $400,221.67 | $125,908.22 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $400,221.67 | $125,908.22 |

Exhibit B

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*     Page Subtotals:     $0.00     $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1913 - Checking | $6,276.41 | $77,521.85 | $203,068.01 |
| XXXXXX7402 - Checking Account (Non-Interest Earn | $400,221.67 | $125,908.22 | $0.00 |
|  | $406,498.08 | $203,430.07 | $203,068.01 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $406,498.08 |
| Total Gross Receipts: | $406,498.08 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-45943-TAB  
Debtor Name: CHARLES MARKOPOULOS  
Claims Bar Date: 7/29/2013

Date: October 25, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1<br>3410 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Administrative | | $0.00 | $2,792.00 | $2,792.00 |
| 100<br>3410 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Administrative | Second and Final Fee Application | $0.00 | $13,028.02 | $13,028.02 |
| 100<br>3410 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Administrative | Supplemental Final Fee Application | $0.00 | $2,209.20 | $2,209.20 |
| 100<br>3420 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Administrative | | $0.00 | $0.43 | $0.43 |
| 100<br>3420 | ALAN D. LASKO & ASSOCIATES P. C.<br>205 W. Randolph Street<br>Suite 1150<br>Chicago, IL  60606 | Administrative | Second and Final Fee Application | $0.00 | $80.47 | $80.47 |
| 300<br>2300 | ARTHUR B. LEVINE COMPANY<br>Attn:  Maria Sponza<br>370 LEXINGTON AVE., SUITE 1101<br>New York, NY  10017 | Administrative | | $0.00 | $299.31 | $299.31 |
| 100<br>2100 | Frances Gecker<br>FRANKGECKER LLP<br>325 N. LaSalle Street, Suite 625<br>Chicago, IL  60654 | Administrative | | $0.00 | $23,574.90 | $23,574.90 |
| 100<br>3110 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois  60654 | Administrative | FIRST AND FINAL FEE APPLICATION | $0.00 | $53,392.50 | $53,087.00 |
| 100<br>3120 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, Illinois  60654 | Administrative | FIRST AND FINAL FEE APPLICATION. | $0.00 | $76.36 | $68.91 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-45943-TAB  
Debtor Name: CHARLES MARKOPOULOS  
Claims Bar Date: 7/29/2013  

Date: October 25, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2820 | ILLINOIS DEPT. OF REVENUE P.O. Box 19053 Springfield, IL 62794-9053 | Administrative | Tax return Amended 1041 (2013) | $0.00 | $6,094.00 | $6,094.00 |
| 999 2820 | ILLINOIS DEPT. OF REVENUE P.O. Box 19053 Springfield, IL 62794-9053 | Administrative | | $0.00 | $22,082.00 | $22,082.00 |
| BOND 999 2300 | INTERNATIONAL SURETIES LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Administrative | Extended Check Description Notes from conversion: BOND NO. 016026455 | $0.00 | $569.81 | $569.81 |
| 999 2810 | UNITED STATES TREASURY Internal Revenue Service Cincinnati, OH 45999-0148 | Administrative | | $0.00 | $86,869.00 | $86,869.00 |
| 100 2810 | UNITED STATES TREASURY Internal Revenue Service Cincinnati, OH 45999-0148 | Administrative | Tax return 1041 (2013) | $0.00 | $50,746.00 | $50,746.00 |
| 1 70 7100 | CRE VENTURE 2011-1 LLC EDWARD L. FILER/ASHLEY W. BRANDT FREEBORN & PETERS LLP 311 S. WACKER DRIVE, SUITE 3000 CHICAGO, IL 60606 | Unsecured | (1-1) MONEY LOANED AND JUDGMENTS(1-2) $9572986.40, PLUS ATTORNEYS FEES, INTEREST AND COSTS OF COLLECTION(1-3) MONEY LOANED, JUDGMENTS AND INTERESTS ATTORNEYS FEES AND COSTS (1-1) MODIFIED ADDRESS 7/25/2013-PS | $0.00 | $9,572,986.40 | $9,572,986.40 |
| 2 70 7100 | NORTHBROOK BANK & TRUST C/O JAYARAM LAW GROUP, LTD. 33 N. LASALLE STREET SUITE 2900 CHICAGO, IL 60602 | Unsecured | (2-1) INCORRECT PDF - FILER NOTIFIED TO FILE AMENDED CLAIM (07/29/2013) TRM | $0.00 | $551,241.30 | $551,241.30 |
| 3 70 7100 | FIRST MIDWEST BANK C/O GARFIELD & MEREL, LTD. 180 N. STETSON, SUITE 1300 CHICAGO, ILLINOIS 60601 | Unsecured | AMENDED - 8/31/16 | $0.00 | $2,060,221.90 | $2,060,221.90 |
| | Case Totals | | | $0.00 | $12,446,263.60 | $12,445,950.65 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Page 2         Printed: October 25, 2017

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:12-45943-TAB                                                                         Date: October 25, 2017
Debtor Name: CHARLES MARKOPOULOS
Claims Bar Date: 7/29/2013

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-45943
Case Name: CHARLES MARKOPOULOS
Trustee Name: Frances Gecker

| | | |
|---|---|---|
| Balance on hand | $ | 203,068.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 23,574.90 | $ 0.00 | $ 23,574.90 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 53,087.00 | $ 0.00 | $ 53,087.00 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 68.91 | $ 0.00 | $ 68.91 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 18,029.22 | $ 15,820.02 | $ 2,209.20 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES P. C. | $ 80.90 | $ 80.90 | $ 0.00 |
| Other: ARTHUR B. LEVINE COMPANY | $ 299.31 | $ 299.31 | $ 0.00 |
| Other: ILLINOIS DEPT. OF REVENUE | $ 28,176.00 | $ 28,176.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES LTD. | $ 569.81 | $ 569.81 | $ 0.00 |
| Other: UNITED STATES TREASURY | $ 137,615.00 | $ 137,615.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 78,940.01 |
| Remaining Balance | $ 124,128.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,184,449.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CRE VENTURE 2011-1 LLC | $ 9,572,986.40 | $ 0.00 | $ 97,523.95 |
| 2 | NORTHBROOK BANK & TRUST | $ 551,241.30 | $ 0.00 | $ 5,615.72 |
| 3 | FIRST MIDWEST BANK | $ 2,060,221.90 | $ 0.00 | $ 20,988.33 |
| | Total to be paid to timely general unsecured creditors | | | $ 124,128.00 |
| | Remaining Balance | | | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE