# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: §
§
§
CHARLES MARKOPOULOS § Case No. 12-45943
§
§
_____Debtor_____ §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                              Assets Exempt: 5,100.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  124,128.00       Claims Discharged
                                                    Without Payment:  54,750,742.93

Total Expenses of Administration:  282,370.08

---

3) Total gross receipts of $ 406,498.08  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 406,498.08  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 282,683.03 | 282,370.08 | 282,370.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 42,690,421.33 | 12,184,449.60 | 12,184,449.60 | 124,128.00 |
| **TOTAL DISBURSEMENTS** | $ 42,690,421.33 | $ 12,467,132.63 | $ 12,466,819.68 | $ 406,498.08 |

4) This case was originally filed under chapter 7 on 11/20/2012. The case was pending for 65 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/15/2018          By: /s/Frances Gecker, Trustee
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| GALEWOOD PLAZA LLC | 1129-000 | 200,000.00 |
| TRIANGLE PLAZA OF CHICAGO II LLC | 1129-000 | 200,000.00 |
| Illinois Dept. of Rev. - Return of Principal/Interest for 20 | 1224-000 | 28.80 |
| Tax refund from State of Illinois | 1224-000 | 221.67 |
| United States Treasury | 1224-000 | 6,247.61 |
| **TOTAL GROSS RECEIPTS** | | **$406,498.08** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frances Gecker | 2100-000 | NA | 23,574.90 | 23,574.90 | 23,574.90 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 299.31 | 299.31 | 299.31 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 569.81 | 569.81 | 569.81 |
| Associated Bank | 2600-000 | NA | 7,431.82 | 7,431.82 | 7,431.82 |
| Bank of New York Mellon | 2600-000 | NA | 9,715.54 | 9,715.54 | 9,715.54 |
| The Bank of New York Mellon | 2600-000 | NA | 3,721.67 | 3,721.67 | 3,721.67 |
| UNITED STATES TREASURY | 2810-000 | NA | 137,615.00 | 137,615.00 | 137,615.00 |
| ILLINOIS DEPT. OF REVENUE | 2820-000 | NA | 28,176.00 | 28,176.00 | 28,176.00 |
| FRANKGECKER LLP | 3110-000 | NA | 53,392.50 | 53,087.00 | 53,087.00 |
| FRANKGECKER LLP | 3120-000 | NA | 76.36 | 68.91 | 68.91 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3410-000 | NA | 18,029.22 | 18,029.22 | 18,029.22 |
| ALAN D. LASKO & ASSOCIATES P. C. | 3420-000 | NA | 80.90 | 80.90 | 80.90 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 282,683.03 | $ 282,370.08 | $ 282,370.08 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bayview Loan Servicing ATTN: Legal 4425 Ponce de Leon Blvd., 5th Floor Coral Gables, FL 33146 | | 1,300,000.00 | NA | NA | 0.00 |
| | Belvedere Financial LLC c/o MI Land Investments LLC 400 E. Randolph St. Suite 2507 Chicago, IL 60601 | | 1,314,457.98 | NA | NA | 0.00 |
| | CRE Venture 2011-1 LLC 2450 Broadway 6th Floor Santa Monica, CA 90404 | | 22,000,000.00 | NA | NA | 0.00 |
| | CRE Venture 2011-1 LLC 2450 Broadway 6th Floor Santa Monica, CA 90404 | | 458,022.58 | NA | NA | 0.00 |
| | CRE Venture 2011-1 LLC 2450 Broadway 6th Floor Santa Monica, CA 90404 | | 266,713.82 | NA | NA | 0.00 |
| | First Commercial Bank now d/b/a North Community Bank 3639 N. Broadway Chicago, IL 60613 | | 1,706,250.00 | NA | NA | 0.00 |
| | First Midwest Bank 1 Pierce Place Suite 1500 Itasca, IL 60143 | | 15,079,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Freeborn & Peters LLP 311 S. Wacker Drive Suite 3000 Chicago, IL 60606 |  | 6,431.15 | NA | NA | 0.00 |
|  | Law Offices of Robert R. Tepper 111 W. Washington St. Suite 1900 Chicago, IL 60602 |  | 7,804.80 | NA | NA | 0.00 |
|  | Northbrook Bank & Trust 1100 Waukegan Road Northbrook, IL 60062 |  | 551,241.00 | NA | NA | 0.00 |
| 1 | CRE VENTURE 2011-1 LLC | 7100-000 | NA | 9,572,986.40 | 9,572,986.40 | 97,523.95 |
| 3 | FIRST MIDWEST BANK | 7100-000 | NA | 2,060,221.90 | 2,060,221.90 | 20,988.33 |
| 2 | NORTHBROOK BANK & TRUST | 7100-000 | NA | 551,241.30 | 551,241.30 | 5,615.72 |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ 42,690,421.33 | $ 12,184,449.60 | $ 12,184,449.60 | $ 124,128.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 12-45943 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | Frances Gecker, Trustee |
| Case Name: | CHARLES MARKOPOULOS | | | | Date Filed (f) or Converted (c): | 11/20/2012 (f) |
| | | | | | 341(a) Meeting Date: | 01/14/2013 |
| For Period Ending: | 03/15/2018 | | | | Claims Bar Date: | 07/29/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. $2,000 AT ASSOCIATED BANK | 2,000.00 | 0.00 | | 0.00 | FA |
| 2. VARIOUS HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHING | 1,000.00 | 0.00 | | 0.00 | FA |
| 4. 12 GAUGE SHOTGUN | 100.00 | 0.00 | | 0.00 | FA |
| 5. AKTON REALTY CORPORATION | 0.00 | 0.00 | | 0.00 | FA |
| 6. AXIOM DEVELOPMENT CORPORATION | 0.00 | 0.00 | | 0.00 | FA |
| 7. GALEWOOD PLAZA LLC | 0.00 | 200,000.00 | | 200,000.00 | FA |
| 8. TRIANGLE PLAZA OF CHICAGO II LLC | 0.00 | 200,000.00 | | 200,000.00 | FA |
| 9. Tax refund from State of Illinois (u) | 0.00 | 0.00 | | 221.67 | FA |
| 10. Illinois Dept. of Rev. - Return of Principal/Interest for 20 (u) | 0.00 | 28.80 | | 28.80 | FA |
| 11. United States Treasury (u) | 0.00 | 0.00 | | 6,247.61 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $4,100.00       $400,028.80       $406,498.08       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

9/20/17 - A FINAL REPORT HAS BEEN FILED WITH THE COURT.

8/3/17 - A FINAL REPORT HAS BEEN SUBMITTED TO THE UST FOR REVIEW.

Exhibit 8

7/18/17 - The Trustee's accountant has been communicating with the IRS on a continual basis since November 2014, in order to resolve issues involving two returned erroneous refund checks from the IRS, several penalty notices of amounts due and the estate's amended return.

Initial Projected Date of Final Report (TFR): 05/15/2016        Current Projected Date of Final Report (TFR): 12/01/2017

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-45943  
Case Name: CHARLES MARKOPOULOS  
Taxpayer ID No: XX-XXX9861  
For Period Ending: 03/15/2018  

Trustee Name: Frances Gecker, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX1913  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/08/15 | | Transfer from Acct # xxxxxx7402 | Transfer of Funds | 9999-000 | $274,708.66 | | $274,708.66 |
| 07/08/15 | | Transfer to Acct # xxxxxx7402 | Transfer of Funds | 9999-000 | | $395.21 | $274,313.45 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $315.65 | $273,997.80 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $407.33 | $273,590.47 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $393.66 | $273,196.81 |
| 10/12/15 | 5001 | UNITED STATES TREASURY Internal Revenue Service Cincinnati, OH 45999-0148 | FORM 1041x (2013) | 2810-000 | | $50,746.00 | $222,450.81 |
| 10/12/15 | 5002 | ILLINOIS DEPARTMENT OF REVENUE PO Box 19016 Springfield, IL 62794-9016 | 2013 Amended Tax Return | 2820-000 | | $6,094.00 | $216,356.81 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $371.32 | $215,985.49 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $310.75 | $215,674.74 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $320.65 | $215,354.09 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $320.19 | $215,033.90 |
| 02/15/16 | 5003 | ADAMS-LEVINE 370 LEXINGTON AVENUE, SUITE 1101 NEW YORK, NEW YORK 10017 | BLANKET BOND | 2300-000 | | $141.54 | $214,892.36 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $298.97 | $214,593.39 |

Page Subtotals: $274,708.66  $60,115.27

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-45943 | Trustee Name: Frances Gecker, Trustee |
| Case Name: CHARLES MARKOPOULOS | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1913 |
| | Checking |
| Taxpayer ID No: XX-XXX9861 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $319.04 | $214,274.35 |
| 04/22/16 | 5004 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Order dated 4/20/16 Second and Final Fee App | | | $13,108.49 | $201,165.86 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | | ($13,028.02) 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | | ($80.47) 3420-000 | | | |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $308.29 | $200,857.57 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $299.24 | $200,558.33 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $288.56 | $200,269.77 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $297.76 | $199,972.01 |
| 09/01/16 | 10 | ILLINOIS DEP. OF REV. | TAX REFUND FOR PRINCIPAL/INT. 2013 | 1224-000 | $28.80 | | $200,000.81 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $297.28 | $199,703.53 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $287.34 | $199,416.19 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $296.48 | $199,119.71 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $286.49 | $198,833.22 |

Page Subtotals: $28.80    $15,788.97

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

### FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-45943 |
| --- | --- |
| Case Name: | CHARLES MARKOPOULOS |
| Taxpayer ID No: | XX-XXX9861 |
| For Period Ending: | 03/15/2018 |

| Trustee Name: | Frances Gecker, Trustee |
| --- | --- |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX1913 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $295.61 | $198,537.61 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $295.20 | $198,242.41 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $266.22 | $197,976.19 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $294.33 | $197,681.86 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $284.42 | $197,397.44 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $293.45 | $197,103.99 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $283.59 | $196,820.40 |
| 07/25/17 | 11 | UNITED STATES TREASURY KANSAS CITY, MO | TAX REFUND | 1224-000 | $6,247.61 | | $203,068.01 |
| 10/30/17 | 5005 | Frances Gecker FRANKGECKER LLP 325 N. LaSalle Street, Suite 625 Chicago, IL 60654 | Order dated 10/25/17 Final Distribution of Trustee's Comp | 2100-000 | | $23,574.90 | $179,493.11 |
| 10/30/17 | 5006 | ALAN D. LASKO & ASSOCIATES P. C. 205 W. Randolph Street Suite 1150 Chicago, IL 60606 | Final distribution Order dated 10/25/17 | 3410-000 | | $2,209.20 | $177,283.91 |
| 10/30/17 | 5007 | FRANKGECKER LLP 325 N. LaSalle Street Suite 625 Chicago, Illinois 60654 | Final distribution Order dated 10/25/17 | | | $53,155.91 | $124,128.00 |
| | | FRANKGECKER LLP | | ($53,087.00) | 3110-000 | | |

| | | | Page Subtotals: | | $6,247.61 | $80,952.83 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-45943 | Trustee Name: | Frances Gecker, Trustee |
|---|---|---|---|
| Case Name: | CHARLES MARKOPOULOS | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX1913 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9861 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 03/15/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | FRANKGECKER LLP | ($68.91) | 3120-000 | | | |
| 11/15/17 | 5008 | CRE VENTURE 2011-1 LLC<br>EDWARD L. FILER/ASHLEY W. BRANDT<br>FREEBORN & PETERS LLP<br>311 S. WACKER DRIVE, SUITE 3000<br>CHICAGO, IL  60606 | Final distribution to claim 1 representing a payment of 1.02 % per court order. | 7100-000 | | $97,523.95 | $26,604.05 |
| 11/15/17 | 5009 | NORTHBROOK BANK & TRUST<br>C/O JAYARAM LAW GROUP, LTD.<br>33 N. LASALLE STREET<br>SUITE 2900<br>CHICAGO, IL  60602 | Final distribution to claim 2 representing a payment of 1.02 % per court order. | 7100-000 | | $5,615.72 | $20,988.33 |
| 11/15/17 | 5010 | FIRST MIDWEST BANK<br>C/O GARFIELD & MEREL, LTD.<br>180 N. STETSON, SUITE 1300<br>CHICAGO, ILLINOIS  60601 | Final distribution to claim 3 representing a payment of 1.02 % per court order. | 7100-000 | | $20,988.33 | $0.00 |
| 11/20/17 | 5008 | CRE VENTURE 2011-1 LLC<br>EDWARD L. FILER/ASHLEY W. BRANDT<br>FREEBORN & PETERS LLP<br>311 S. WACKER DRIVE, SUITE 3000<br>CHICAGO, IL  60606 | Final distribution to claim 1 representing a payment of 1.02 % per court order. Reversal Check payee does not match amended claim.  Reissued check. | 7100-000 | | ($97,523.95) | $97,523.95 |
| 11/20/17 | 5011 | CRE VENTURE 2011-1 LLC<br>C/O FREEBORN & PETERS LLP<br>311 S. WACKER DRIVE, SUITE 3000<br>CHICAGO, IL  60606 | Final distribution to claim 1 representing a payment of 1.02 % per court order. | 7100-000 | | $97,523.95 | $0.00 |
| 02/21/18 | 5011 | CRE VENTURE 2011-1 LLC<br>C/O FREEBORN & PETERS LLP<br>311 S. WACKER DRIVE, SUITE 3000<br>CHICAGO, IL  60606 | Final distribution to claim 1 representing a payment of 1.02 % per court order. Reversal | 7100-000 | | ($97,523.95) | $97,523.95 |
| 03/01/18 | 5012 | CLERK OF THE U. S. BANKRUPTCY COURT<br>CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S. DEARBORN STREET, 7TH FL.<br>CHICAGO, ILLINOIS  60604 | Unclaimed Funds turned over to the Court - CRE VENTURE 2011-1 LL CLAIM NO. 1 | 7100-000 | | $97,523.95 | $0.00 |

| | COLUMN TOTALS | $280,985.07 | $280,985.07 |
|---|---|---|---|
| | Page Subtotals: | $0.00 | $124,128.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 13)

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $274,706.66 | $395.21 |
| Subtotal | $6,276.41 | $280,589.86 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,276.41 | $280,589.86 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-45943 | Trustee Name: Frances Gecker, Trustee |
| Case Name: CHARLES MARKOPOULOS | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7402 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9861 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/13 | | BELVEDERE FINANCIAL LLC CASHIER'S CHECK | Sale of Asset Nos. 7 and 8 | | $10,000.00 | | $10,000.00 |
| | | | Gross Receipts $10,000.00 | | | | |
| | 8 | | TRIANGLE PLAZA OF CHICAGO II LLC $5,000.00 | 1129-000 | | | |
| | 7 | | GALEWOOD PLAZA LLC $5,000.00 | 1129-000 | | | |
| 05/03/13 | | BELVEDERE FINANCIAL LLC CASHIER'S CHECK | Sale of Asset Nos. 7 and 8 | | $390,000.00 | | $400,000.00 |
| | | | Gross Receipts $390,000.00 | | | | |
| | 8 | | TRIANGLE PLAZA OF CHICAGO II LLC $195,000.00 | 1129-000 | | | |
| | 7 | | GALEWOOD PLAZA LLC $195,000.00 | 1129-000 | | | |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $10.00 | $399,990.00 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $482.32 | $399,507.68 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $574.77 | $398,932.91 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $593.13 | $398,339.78 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $592.22 | $397,747.56 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $572.33 | $397,175.23 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $590.49 | $396,584.74 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $570.60 | $396,014.14 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $588.73 | $395,425.41 |

Page Subtotals: $400,000.00 $4,574.59

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 12-45943 |
| Case Name: | CHARLES MARKOPOULOS |
| Taxpayer ID No: | XX-XXX9861 |
| For Period Ending: | 03/15/2018 |

| | |
|---|---|
| Trustee Name: | Frances Gecker, Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number/CD#: | XXXXXX7402 |
| | Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/14 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA 70139 | BOND PREMIUM BOND NO. 016026455 | 2300-000 | | $569.81 | $394,855.60 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $587.92 | $394,267.68 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $529.71 | $393,737.97 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $585.37 | $393,152.60 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $565.66 | $392,586.94 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $583.67 | $392,003.27 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $563.98 | $391,439.29 |
| 08/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $581.99 | $390,857.30 |
| 09/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $581.10 | $390,276.20 |
| 10/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $561.55 | $389,714.65 |
| 10/14/14 | 10001 | UNITED STATES TREASURY Internal Revenue ServiceCincinnati, OH 45999-0148 | 1041 - 2013 FEIN: 38-7069861 | 2810-000 | | $86,869.00 | $302,845.65 |
| 10/14/14 | 10002 | ILLINOIS DEPT. OF REVENUE P.O. Box 19053Springfield, IL 62794-9053 | 2013 FORM IL-1041 FEIN: 38-7069861 | 2820-000 | | $22,082.00 | $280,763.65 |
| 10/30/14 | 10003 | ALAN D. LASKO & ASSOCIATES P. C. 29 SOUTH LASALLE STREET SUITE 1240 CHICAGO, ILLINOIS 60603 | Order dated 10/21/14 - Trustee's Accountant's Fees | | | $2,792.43 | $277,971.22 |
| | | ALAN D. LASKO & ASSOCIATES P. C. | Trustee's Accountant Fees ($2,792.00) | 3410-000 | | | |
| | | ALAN D. LASKO & ASSOCIATES P. C. | ($0.43) | 3420-000 | | | |

| | | | Page Subtotals: | | $0.00 | $117,454.19 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-45943 | Trustee Name: Frances Gecker, Trustee |
| Case Name: CHARLES MARKOPOULOS | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX7402 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX9861 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/15/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $516.71 | $277,454.51 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $399.90 | $277,054.61 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $411.86 | $276,642.75 |
| 02/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $411.31 | $276,231.44 |
| 02/10/15 | 10004 | ARTHUR B. LEVINE COMPANY Attn: Maria Sponza 60 East 42nd Street, Room 965 New York, NY 10165 | Bond No. 10BSBGR6291 | 2300-000 | | $157.77 | $276,073.67 |
| 02/12/15 | 9 | Treasurer of the State of Illinois IL. Dept. of Rev. | Tax Refund | 1224-000 | $221.67 | | $276,295.34 |
| 03/06/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $371.05 | $275,924.29 |
| 04/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $410.20 | $275,514.09 |
| 05/07/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $396.41 | $275,117.68 |
| 06/05/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $409.02 | $274,708.66 |
| 07/08/15 | | Transfer from Acct # xxxxxx1913 | Transfer of Funds | 9999-000 | $395.21 | | $275,103.87 |
| 07/08/15 | | Transfer to Acct # xxxxxx1913 | Transfer of Funds | 9999-000 | | $274,708.66 | $395.21 |
| 07/08/15 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | Bank Service Charge | 2600-000 | | $395.21 | $0.00 |

| | | Page Subtotals: | $616.88 | $278,588.10 |
|---|---|---|---|---|

Case 12-45943 Doc 92 Filed 03/20/18 Entered 03/20/18 14:26:04 Desc Main
Document Page 18 of 19

|   |   |   |
|---|---:|---:|
| COLUMN TOTALS | $400,616.88 | $400,616.88 |
| Less: Bank Transfers/CD's | $395.21 | $274,708.66 |
| Subtotal | $400,221.67 | $125,908.22 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $400,221.67 | $125,908.22 |

Exhibit 9

|   |   |   |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1913 - Checking | $6,276.41 | $280,589.86 | $0.00 |
| XXXXXX7402 - Checking Account (Non-Interest Earn | $400,221.67 | $125,908.22 | $0.00 |
| | $406,498.08 | $406,498.08 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $406,498.08 |
| Total Gross Receipts: | $406,498.08 |

Page Subtotals: $0.00   $0.00